# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | NO. 3:11-cr-00144-1 |
| | ) | Judge Sharp |
| **KEITH ANTHONY HOWARD** | ) | |

## MOTION FOR PLEA AGREEMENT TO BE FILED UNDER SEAL

The Defendant, Keith Howard, by and through counsel, hereby moves for the plea agreement to be filed under seal. The Defendant has had a criminal case pending in Wilson County Criminal Court since 2009. Mr. Howard fears that some of the statements in the factual basis of his plea agreement could be used against him in state court and prejudice his defense of that case.

Wherefore, premises considered, Mr. Howard requests that his plea agreement be filed under seal.

Respectfully submitted this 18th day of June, 2012.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com